Slip Op. 99 - 111

## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| | : | |
| UNION CAMP CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | BEFORE: Wallach, Judge |
| v. | : | Consol. Court No.: 97-03-00483 |
| | : | |
| THE UNITED STATES, | : | |
| | : | |
| Defendant, | : | |
| | : | |
| and | : | |
| | : | |
| DASTECH INTERNATIONAL, INC., <u>et al.</u> | : | |
| | : | |
| Defendant-Intervenors. | : | |
| | : | |

### ORDER

Upon consideration of the remand determination filed by the Department of Commerce on September 2, 1999 ("<u>Remand Determination</u>"); the Court having reviewed Defendant's Comments On The Remand Determination Filed By The Department Of Commerce On September 2, 1999, all parties having consented to this Order, and good cause appearing therefore,  it is hereby

**ORDERED** that the <u>Remand Determination</u> is **SUSTAINED**; and it is further

**ORDERED** that this action is **DISMISSED**.

_____
Evan J. Wallach, Judge

Dated:       October 19, 1999
                 New York, New York